# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA LY,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Defendant.<br>_____/ | CASE NO. 1:13-cv-01242-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**(Doc. 2)** |

   Plaintiff Anna Ly filed a complaint on August 8, 2013, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   Plaintiff's application to proceed *in forma pauperis* is GRANTED;

   2.   The Clerk of Court is DIRECTED to issue a summons; and

   3.   The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

   Dated:   **August 12, 2013**             **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE